# Exhibit 1

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

**United States Patent and Trademark Office**

Amended

Reg. No. 2,176,916
Registered July 28, 1998
OG Date May 13, 2003

## TRADEMARK
## PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
3M CENTER
2501 HUDSON ROAD
ST. PAUL, MN 55144, BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (MINNESOTA CORPORATION), AKA 3M, ST. PAUL, MN

THE DRAWING IS LINED FOR BLUE AND COLOR IS CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A PARTICULAR SHADE OF THE COLOR BLUE, SOMETIMES REFERRED TO AS MEDIUM BLUE, APPLIED TO THE ENTIRE SURFACE OF THE GOODS. THE DOTTED LINES MERELY INDICATE THE POSITION OF THE MARK ON THE GOODS AND DO NOT FORM PART OF THE MARK.

SEC. 2(F).

FOR: PREMIUM-QUALITY MASKING TAPE , IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

SER. NO. 75-339,125, FILED 8-11-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 13, 2003.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: **17**

Prior U.S. Cls.: **1, 5, 12, 13, 35 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,176,916**
Registered **July 28, 1998**

## TRADEMARK
### PRINCIPAL REGISTER



MINNESOTA MINING AND MANUFACTURING COMPANY (MINNESOTA CORPORATION), AKA 3M
3M CENTER
ST. PAUL, MN 551441000

FOR: PREMIUM-QUALITY MASKING TAPE, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).
   FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.
   THE DRAWING IS LINED FOR BLUE AND COLOR IS CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE SINGLE COLOR BLUE AS APPLIED TO THE ENTIRETY OF THE GOODS. THE DOTTED LINES MERELY INDICATE THE POSITION OF THE MARK ON THE GOODS AND DO NOT FORM PART OF THE MARK.

SEC. 2(F).

SER. NO. 75-339,125, FILED 8-11-1997.

TERESA M. RUPP, EXAMINING ATTORNEY