## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

3M COMPANY,

    Plaintiff and Counter-Defendant,

v.                                                                                          Civil Action No. 11-cv-1757 MJD/FLN

CENTRAL PURCHASING, LLC AND
HARBOR FREIGHT TOOLS USA, INC.,

    Defendants and Counterclaimants.

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff and Counter-Defendant 3M Company advises the Court that the parties have settled all claims raised in Plaintiff's Complaint and hereby respectfully moves the Court for an Order dismissing all claims with prejudice (Defendants/Counterclaimants have separately filed the dismissal of the counterclaim [DKT. No. 24]).

Dated:  February 23, 2012.                           s/ Timothy M. Kenny
                                                                     Timothy M. Kenny, #247716
                                                                     Laura J. Borst, #032548X
                                                                     FULBRIGHT & JAWORSKI L.L.P.
                                                                     2100 IDS Center
                                                                     80 South Eighth Street
                                                                     Minneapolis, Minnesota  55402
                                                                     (612) 321-2800

                                                                   Hildy Bowbeer, #0063691
                                                                   Sarah A. Lockner, #0320936
                                                                   3M INNOVATIVE PROPERTIES
                                                                   COMPANY
                                                                   3M CENTER, 220-9E-01
                                                                   St. Paul, MN  55144
                                                                   (651) 737-3194

                                                                   ATTORNEYS FOR PLAINTIFF
                                                                   3M COMPANY

90699973.1