# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

3M COMPANY,

    Plaintiff and Counter-Defendant,

v.                                                       Civil Action No. 11-cv-1757 MJD/FLN

CENTRAL PURCHASING, LLC AND
HARBOR FREIGHT TOOLS USA, INC.,

    Defendants and Counterclaimants.

## ORDER

On this date, the Court considered Plaintiff's Motion for Voluntary Dismissal With Prejudice. It is the opinion of this Court that this case be dismissed.

ACCORDINGLY, IT IS HEREBY ORDERED that the Plaintiff's claims are dismissed with prejudice.

SIGNED this 24th day of February, 2012

                                                    s/Michael J. Davis
                                                    Honorable Judge Michael J. Davis
                                                    Chief U.S. District Judge, District of Minnesota