# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL PURCHASING, LLC AND<br>HARBOR FREIGHT TOOLS USA, INC.,<br>　　　　Defendants,<br><br>CENTRAL PURCHASING, LLC AND<br>HARBOR FREIGHT TOOLS USA, INC.,<br>　　　　Counter-Plaintiffs,<br><br>v.<br><br>3M COMPANY,<br>　　　　Counter-Defendant. | Case No. 11-cv-1757 MJD/FLN |

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### OF COUNTER-PLAINTIFFS' COUNTERCLAIM

Pursuant to the Stipulation of Dismissal Without Prejudice of Counter-Plaintiffs' Counterclaim in the above matter, Doc No. 24,

**IT IS HEREBY ORDERED** that Central Purchasing, LLC and Harbor Freight Tools USA, Inc.'s Counterclaim against 3M Company, is dismissed without prejudice.

**BY THE COURT:**

Dated: February 24, 2012

s/Michael J. Davis
Hon. Michael J. Davis
Chief Judge
United States District Court